[Nos. 57059-5-I; 57139-7-I. Division One. April 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN BINYON FREEMAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GARZA, *Appellant*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 05-1-00654-7 and 05-1-00655-5, Ira Uhrig, J., entered September 27, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

[No. 57174-5-I. Division One. April 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RAY SHANNON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06493-1, Andrea A. Darvas, J., entered October 14, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 57688-7-I. Division One. April 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13176-2, Julie Spector, J., entered January 30, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57743-3-I. Division One. April 9, 2007.]

DONALD W. ALEXANDER ET AL., *Appellants*, v. CADARET, GRANT & COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-08394-8, Palmer Robinson, J., entered January 17, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Grosse, J.